SAMPLE #2

**FILED**

JUN 2 4 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

WAYNE M. CONLEY )
)
)
Plaintiff(s) )   CIV-16-719    D
)
vs. )   CASE NO._____
)
SOUTHWESTERN CHRISTIAN )
UNIVERSITY )
Defendant(s) )
)

## COMPLAINT

I would like for United States District Court to please

SEE ATTACHMENT

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.

To whom it may concern,

   I Wayne Conley would like to submit this documentation to the United States District Court due to the defendant violation of my person rights as a student, athlete, and full time worker at this college. I was taught to stand up for morals, integrity, and the things instilled within me not only by this college but in general.  I was asking for the help through emails to place a grievance before my termination date from Southwestern Christion University per (bcc) through the HR and these topics were discussed with my boss whom chose to try to intimidate me and also place me under discriminatory actions.  I was literally told by MR. Devalt that I need to start taking lunches down in the shop.

   There were not only racial jokes being made on the day of my termination, but actual derogatory statements made previously by my co-workers and the chain of command that is in place there at Southwestern Christian University.  The very first statement was that I am a dead beat dad.  The second was that I was an ignorant SOB verbally stated in its full form which I am obligated as a Christian to not spell out.  We got past them because I knew that I am neither.  Mr Reggies made the verbal reprimand himself, and we moved past those issues and I continued working doing the duties given to me.  I went through the proper channels and the chain of command to get the help necessary and was told literally to keep things at the helm by my immediate supervisor.

   On the day in question, Why was I told to get back to work and deal with co-workers jokes?  I felt it necessary to ask Mr. Devalt to come listen to this and when I saw there was no immediate help I went to HR (Mrs. Shawna Slakil) AGAIN and was told by her that Mr Devalt chose to have me turn in my keys and that I no longer work there.  The very next day , (returning to give them the clothes that were bought for me to wear) I found out that Mr. Devalt had been terminated.  Not even a week later when I returned to get mail that was there for me I found out that the HR (Mrs. Shawna Slakil) was also terminated.  I was placed in the unemployment line and given all my retirement funds that I had established there.

   As we went through the mediation with the EEOC it was said that I was under investigation because something was stolen on my watch a complete year before and I went to talk to Detective Orefice at the Bethany Police Department to get the police report that I was accused of being on.  The detective told me that I for one had been told the day I reported the incident that I was not a suspect and also that I cannot get the report because of this.  That proves within itself that the slander that was placed on my name was incorrect and done out of retaliation trying to avoid the root of the problem which is the discrimination that I stood up for on the day in question.

   I would like the United States District Court to allow me to present this case in a manner that is necessary to fix this so not only I can move forward, but we as a college can as well.  The retaliation that has happened is proven not only be emails that I have, but also in the way Southwestern Christian has addressed the issue at hand.

*[signature]* Wayne M. Conley

10909 NE 59th
Spencer, Oklahoma
73084

(405) 875-9027
(405) 420-9901