# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE M. CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-719-D |
| ) | |
| SOUTHWESTERN CHRISTIAN ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Court's Order granting Defendant's Motion to Dismiss, judgment is hereby entered in favor of Defendant and against Plaintiff.

**ENTERED** this 30th day of November, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE